RICHARD WOODSON *et al.*, Defendants in Error, *v.* J. G. SCHROER, Plaintiff in Error.

1. Mann v. Schroer, *ante*, p. 306, affirmed.

*Error to Henry Circuit Court.*

*F. P. Wright*, for defendants in error.

*J. LaDue*, for plaintiff in error.

ADAMS, Judge, delivered the opinion of the court.

The record in this case is precisely the same as that in the case of Mann v. Schroer, *ante*, p. 314, and the judgment must be the same and the rulings the same.

The *nunc pro tunc* judgment in the case is reversed and the cause remanded, with leave to the plaintiff to renew his motion for a *nunc pro tunc* judgment. The other judges concur.